NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN S. ROMINE,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )    Case No.  2D18-2694
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____ )

Opinion filed May 17, 2019.

Appeal from the Circuit Court for
Polk County; William D. Sites, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.